IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cr-00462-BAH |
| | ) | |
| TERESA CONEMAC | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE AND
TO HOLD HEARING VIA VIDEO TELECONFERENCE**

The above-captioned matter is currently scheduled for an arraignment and initial status conference on October 25, 2024, at 9:30 AM. Undersigned defense counsel will be out of the office and unavailable to appear on that date. Ms. Teresa Conemac, through counsel, therefore requests that this Court continue the hearing to November 8, 2024. The government does not object to this continuance.

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Ms. Conemac also respectfully requests that the Court permit the arraignment and initial status conference to be held via video teleconference, as both Ms. Conemac and defense counsel reside in California. The government does not object to this request.

Dated:   October 17, 2024         Respectfully submitted,

                                  JODI LINKER
                                  Federal Public Defender
                                  Northern District of California

                                         /S
                                  _____
                                  ANGELA CHUANG
                                  Assistant Federal Public Defender

1